IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA BEHAR-HORENSTEIN,

    Plaintiff,

v.     CASE NO. 1:07-cv-00061-MP-AK

BOARD OF TRUSTEES of the
UNIVERSITY OF FLORIDA,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 7, Report of Mediation. In the report, the parties state that a mediation conference was held on July 13, 2007, which resulted in a "full and complete compromise and settlement." Doc. 7. Pursuant to that report, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Plaintiff's complaint is dismissed with prejudice and this case is closed.

2.     The Court will retain jurisdiction for 30 days, however, to ensure that settlement is effected.

**DONE AND ORDERED** this   *26th* day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge